IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-13 |
| v. | ) | |
| | ) | Judge Nixon |
| AKIN I. FLOYD | ) | |

## ORDER

Pending before the Court is Defendant Akin I. Floyd's Motion to Continue Hearing ("Motion"), requesting the Court continue his sentencing hearing to a date in May 2014. (Doc. No. 2602.) The Court hereby **GRANTS** the Motion; the sentencing hearing is **CONTINUED** to **May 22, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the _18_ day of March, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT